Christopher C. Voigt
Kenneth K. Lay
John M. Semmens
CROWLEY FLECK, PLLP
900 North Last Chance Gulch, Suite 200
P.O. Box 797
Helena, MT  59624
(406) 449-4165
(406) 449-5148
cvoigt@crowleyfleck.com
klay@crowleyfleck.com
jsemmens@crowleyfleck.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| LYNN TRENARY,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAFARILAND GROUP, AKA "THE SAFARILAND GROUP, AKA SAFARILAND LLC OF JACKSONVILLE FLORIDA, AND DOES, AND ROES 1-3.<br><br>            Defendants. | Cause No.: 2:19-cv-00056-SEH<br><br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT SAFARILAND, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Safariland, LLC

("Safariland"), hereby files this corporate disclosure statement:

1. Safariland, LLC is a limited liability company organized under Delaware law, with its principal place of business in Jacksonville, Florida;

2. Safariland's parent corporation is Maui Acquisition Corp. ("MAC"), which owns 100% of the interest in Safariland, LLC.

3. MAC is a private company, and there is no publicly-held corporation with an ownership interest in Safariland, LLC

DATED this 6th day of November, 2019.

                              CROWLEY FLECK PLLP

                              By:  /s/ Kenneth K. Lay
                                       Kenneth K. Lay
                                       John M. Semmens

                              *Attorney for Defendant*