# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| LYNN TRENARY,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAFARILAND GROUP, AKA "THE SAFARILAND GROUP, AKA SAFARILAND LLC OF JACKSONVILLE FLORIDA, AND DOES, AND ROES 1-3.<br><br>                    Defendant. | No. CV 19-56-BU-SEH<br><br>**ORDER** |

A Notice of Settlement having been filed,[1]

ORDERED:

1. All pending motions are DENIED as MOOT.[2]

2. All deadlines are VACATED.

---

[1] Doc. 30.

[2] Docs. 20, 22 and 28.

3. The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 7th day of July, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge